IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted December 11, 2006; decided December 14, 2006

IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted December 11, 2006; decided December 14, 2006

Motion by the Sentencing Project et al. for leave to file a brief amici curiae and supplementary appendix on the appeal herein granted. Three copies of the brief, with supplementary appendix attached thereto, may be served and an original and 24 copies of the brief, with supplementary appendix attached thereto, filed within seven days.